UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN DIAZ, on behalf of himself and all others similarly situated, | Civil Action No. 19-00085 (JMF) |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| MOTION RECRUITMENT PARTNERS LLC d/b/a JOBSPRING PARTNERS, | **Electronically Filed** |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the undersigned attorneys for all parties, that the above-entitled action, along with any and all claims raised or that could have been raised in the lawsuit, are hereby dismissed with prejudice. Each party shall bear his, her, or its own attorneys' fees and costs, except as otherwise provided in the Settlement Agreement and General Release reached between and among the parties in this matter.

Dated:  March 14, 2019
         New York, New York

**COHEN & MIZRAHI LLP**

_____
Joseph H. Mizrahi, Esq.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
New York, New York 10005
T:  (929) 575-4175
E:  joseph@cml.legal

GOTTLIEB & ASSOCIATES
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, New York 10003
T:  (212) 228-9795
E:  nyjg@aol.com

*Attorneys for Plaintiff*

**CURLEY, HURTGEN & JOHNSRUD LLP**

  /s/ Charles W. Fournier
Charles W. Fournier, Esq.
Andrew I. Herman, Esq.
1177 Avenue of Americas, 5th Floor
New York, New York 10036
T:  (646) 452-7161
E:  cfournier@chjllp.com
     aherman@chjllp.com

*Attorneys for Defendant*

SO ORDERED.

March 14, 2019